IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | CV 20-115-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Stephen C. Volker, Esq., (Mr. Volker) to appear *pro hac vice* in this case with James A. Patten, Esq. designated as local counsel. Mr. Volker's application appears to be in compliance with L.R. 83.1(d). IT IS HEREBY ORDERED:

Plaintiffs' motion to allow Mr. Volker to appear on their behalf (Doc. 3) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Volker;

2. Mr. Volker must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Volker.

IT IS FURTHER ORDERED that:

Mr. Volker shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 14th day of December, 2020.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court