# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | CV 20-115-GF-BMM<br><br>**ORDER GRANTING DEFENDANTS' FOURTH MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

This matter comes before the Court on Defendants' Fourth Motion for an Extension of Time to File a Response to Plaintiffs' Complaint. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED. The deadline for Defendants to file a response to Plaintiffs' complaint is extended to June 14, 2021.

DATED this 17th day of May, 2021.

Brian Morris, Chief District Judge
United States District Court