JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
   PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
email:  apatten@ppbglaw.com

STEPHAN C. VOLKER (*Pro hac vice*)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:   (510) 845-1255
email:       svolker@volkerlaw.com

Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK
and NORTH COAST RIVERS ALLIANCE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| INDIGENOUS ENVIRONMENTAL NETWORK, et al., <br><br>              Plaintiffs,<br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>              Defendants | CV 20-115-GF-BMM<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL ON THE GROUNDS OF MOOTNESS AND WITHOUT PREJUDICE PER FED.R.CIV.PRO. 41(a)(1)(A)(i)** |
|---|---|

TO THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:

      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiffs Indigenous Environmental Network ("IEN") and

North Coast Rivers Alliance ("NCRA") (collectively, "Plaintiffs"), hereby voluntarily dismiss on the sole grounds of mootness, and without prejudice, their Complaint in this matter.

April 12, 2022         Respectfully submitted,

LAW OFFICES OF STEPHAN C. VOLKER

s/ *Stephan C. Volker*
STEPHAN C. VOLKER (Pro Hac Vice)

PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC

s/ *James A. Patten*
JAMES A. PATTEN

Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE